UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, and
BOB COHEN, each individually,

    Plaintiffs,

v.

Case No. 9:14-cv-81477-DTKH/JMH

JO ANN STORES L.L.C., a Florida Limited Liability Company, d/b/a JO ANN FABRIC AND CRAFT STORES #1452, and ISRAM RIVERWALK L.L.C., a Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, PATRICIA KENNEDY, and BOB COHEN, by and through their undersigned counsel, hereby notifies the Court that the Parties to this instant action has settled. Accordingly, the Parties expect to file the finalized documents within fifteen (15) days and should not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted,

By: /s/ Jason F. Valentin
Jason F. Valentin, Esq., Of-counsel
Fla. Bar No.: 97356
Thomas B. Bacon, P.A.
1888 N.W. 7th Street
Miami, Florida 33125
Tel: (914) 618-2653
E-mail:
valentin@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of January I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I further certify that the foregoing document is being served on all Defendants identified on the attached services list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronic Notice of Electronic Filing.

By: /s/ Jason F. Valentin
Jason F. Valentin, Esq.

### SERVICE LIST
**(**Case No. 9:14-cv-81477-DTKH/JMH)

Counsel for Plaintiff
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, Florida, 33328
Tel: (954) 478-7811
Fax: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com

Of-Counsel for Plaintiff
Jason F. Valentin, Esq.
Thomas B. Bacon, P.A.
1888 N.W. 7th Street
Miami, Florida 33125
Tel: (914) 618-2653
Fax: (305) 643-3334
E-Mail: valentin@thomasbaconlaw.com

V. James (Jim) Dickson, Esq.
Adams and Reese LLP
150 2nd Avenue North
Suite 1700
St. Petersburg, Florida 33701
Telephone:   (727) 502-8200
Direct:         (727) 502-8206
Facsimile:    (727) 502-8282
E-mail: james.dickson@arlaw.com
*Attorney for Defendant*