UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81477-CV-HURLEY/HOPKINS

PATRICIA KENNEDY and
BOB COHEN

    Plaintiffs,

v.

JO ANN STORES, LLC, and ISRAM
RIVERWALK LLC,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE, AND CLOSING CASE

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Approval of Entry of Consent Decree and to Dismiss Action With Prejudice [ECF No. 7].

Plaintiffs filed this case, claiming that Defendants' property violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* The parties have settled, and move the Court to approve and enter their Consent Decree which remedies the accessibility barriers on Defendants' property. Upon review, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The parties' Joint Motion for Approval of Entry of Consent Decree and to Dismiss Action With Prejudice [ECF No. 7] is **GRANTED**.

2. The attached Consent Decree is **APPROVED** and **ENTERED**.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Court **SHALL RETAIN** jurisdiction to enforce the terms of the Consent Decree.

Case 9:14-cv-81477-DTKH   Document 8   Entered on FLSD Docket 04/06/2015   Page 2 of 2
Order of Dismissal, and Closing Case
*Kennedy et al v. Jo Ann Stores et al*, No. YR-NUMBER-CV-Hurley/Hopkins

5. The Clerk is directed to mark this case **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of April, 2015.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*